Nguyen v. Bonta
judges: OWENS, BADE, FORREST